# EXHIBIT A

# United States of America
### United States Patent and Trademark Office

# 777

**Reg. No. 3,893,221**  
**Registered Dec. 21, 2010**

DANIEL CHAN (UNITED STATES INDIVIDUAL)  
14309 PROCTOR AVE  
LA PUENTE, CA 91746

**Int. Cl.: 21**

FOR: COSMETIC BRUSHES; NAIL BRUSHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

**TRADEMARK**

FIRST USE 7-1-1997; IN COMMERCE 7-1-1997.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-025,760, FILED 4-28-2010.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office