# EXHIBIT B

444 South Flower Street
Suite 3100
Los Angeles, California 90071

213.623.6546 – Telephone
213.623.6554 – Facsimile



*Dr. Dariush G. Adli*
*President of ADLI Law Group*
*Direct: (213) 623-6547*
*adli@adlilaw.com*

October 29, 2019

**<u>Via FedEx</u>**

Shaleen M. Diep
Headquarters Beauty Supplies, Inc.
9142 East Valley Blvd
Rosemead CA 91770

Re:    *Cease & Desist Demand Regarding*
       *Unauthorized Sale of Counterfeit Products*

Dear Ms. Diep:

We represent A.C.T. 898 Products, Inc. ("ACT898") in the licensing and enforcement of its intellectual properties.  Please direct all future correspondence regarding this matter to my attention.

ACT898 is and has been a premier supplier of beauty products, including but not limited to, cosmetic brushes and nail brushes, across the U.S. and around the world since 1997 and uses several trade names and marks to identify its services and products, specifically including, but not limited to, the "666", "777", "999", and the "Petal" marks (the "Marks").

ACT898 was the first entity to use the Marks in association with its nail and cosmetic products in the U.S., and around the world.  As a result of ACT898's widespread usage of the Marks, consumers have come to extensively know, and ACT898 has become identified in the public mind as the provider of, the cosmetic products identified by the Marks.  ACT898's rights in the Marks include federally registered trademarks, including trademark registration numbers 4,040,528, for the mark "666", 3,893,221, for the mark

*advocates. dealmakers. litigators. innovators.*™

Headquarters Beauty Supplies, Inc.  – Cease & Desist Letter
October 24, 2019
Page 2



"777", 3,893,224, for the mark "999", and 3,890,110, for the mark "Petal" for cosmetic and nail brushes as well as common law rights.  The Marks have been continually used since their respective registration dates.

It recently came to ACT898's attention that Headquarters Beauty Supplies, Inc. ("HBSI") has been infringing ACT898's trademark rights by at least selling the Acrylic Nail Brush #14, identified by the 777 mark ("Infringing Product").  Screenshots from www.amazon.com showing the Infringing Product for sale there are enclosed.

Your sale of nail brushes using the identical mark as that of our client's protected Marks constitute infringement of ACT898's registered and common law trademark rights.  Under applicable trademark laws, a finding of trademark infringement by a court can result in award of damages, potential attorney's fees and a permanent injunction for your infringement.  Moreover, should you continue to distribute, market, offer to sell, and/or sell the Infringing Product after receiving this letter, such infringement will constitute willfullness, resulting in potentially enhanced damages up to three time the actual damages awarded.

Notwithstanding ACT898's rights and available remedies, our client prefers to resolve matters amicably and reasonably without litigation.  To that end, our client hereby demands the following from you:

1. cease and desist from any use of ACT898's Marks in connection with the sale and promotion of any of your products and/or services;

2. remove or disable all access to any and all Infringing Products displayed and offered for sale on online through your website or any third party websites, including but not limited to, Amazon®, and any other website or social media pages controlled by your company;

3. Identify to ACT898 the revenue you have received from sales of the Infringing Products;

4. Disclose the name of your manufacturer/supplier of the Infringing Products;

5. Disclose name of broker/others in connection with the Infringing Products and disclose inventory of Infringing Products in transit or at anyone in supply/distribution chain (i.e. going up or down the chain);

6. Provide ACT898 with two samples of each Infringing Product;

Headquarters Beauty Supplies, Inc.  – Cease & Desist Letter
October 24, 2019
Page 3



Without these required steps, our client's valuable intellectual property rights will continue to be irreparably damaged.  We require you contact us no later than seven (7) days from the date of this letter to discuss your immediate assent to and compliance with the demands stated above.  We look forward to your prompt response.

Should you fail to timely and fully respond to this correspondence and comply with all the aforementioned bullet-points above, we will assume that you will continue to violate ACT898's intellectual property rights, and thus will be left with no alternative but to pursue all remaining legal avenues available to ACT898 including.

The foregoing is not, and is not intended to be, a full and complete statement of all the facts and circumstances concerning its subject matter, nor your conduct with respect to the same.   Nothing contained herein shall be deemed a waiver, modification or relinquishment of our client's rights and remedies at law or in equity with respect to the subject matter hereof, all of which are expressly reserved.

If you have any questions, feel free to contact our office.

Sincerely,

Dr. Dariush G. Adli, Esq.
President
ADLI Law Group, P.C.









**F**

FIRST-CLASS PKG
U.S. POSTAGE PAID
ATFM
e-Postage

# USPS FIRST-CLASS PKG ®

Q-ITEM
9142 E. VALLEY BLVD.
ROSEMEAD CA 91770

Mailed From 91770
WT: 10.00 oz

SHIP   A.C.T. 898 Products, Inc.
TO:    14309 PROCTOR AVE
       LA PUENTE CA 91746-2910

USPS TRACKING # EP



9300 1201 1140 3957 3891 96

4:51 ✔

🔒 amazon.com

**Beauty Headquarters**
Acrylic Nail Brush #14



## Currently unavailable

We don't know when or if this item will be back in

ADD TO LIST

     SHARE

4:52 ✓

🔒 amazon.com

777 nail brush



◉ Select a location to see product availability

LADY GAGA LAUNCHES BEAUTY          SHOP HAUS LABORATORIES

## Consider these available items



PROFESSIONAL
ACRYLIC RED SABLE...
$12⁹⁹

Beauty Headquarters
Acrylic Nail Brush #14



**A.C.T. 898 Products, Inc.**
**14309 PROCTOR AVE**
**LA PUENTE, CA 91746-2910**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Order ID: 111-9010846-2067467
Thank you for buying from Q-ITEM on Amazon Marketplace.

| Shipping Address: | Order Date: | Mon, Oct 14, 2019 |
|---|---|---|
| A.C.T. 898 Products, Inc. | Shipping Service: | Standard |
| 14309 PROCTOR AVE | Buyer Name: | Daniel Chan |
| LA PUENTE, CA 91746-2910 | Seller Name: | Q-ITEM |

| Quantity | Product Details | Unit price | Order Totals | |
|---|---|---|---|---|
| 13 | Acrylic Nail Brush #14<br>SKU: SM-NZXT-XLJY<br>ASIN: B07X8L6Y27<br>Condition: New<br>Listing ID: 0902V4M02M1<br>Order Item ID: 47692190264138 | $11.99 | Item subtotal<br>Tax<br>Item total | $155.87<br>$14.82<br>$170.69 |

Grand total: $170.69

Returning your item:
Go to "Your Account" on Amazon.com, click "Your Orders" and then click the "seller profile" link for this order to get information about the return and refund policies that apply.
Visit https://www.amazon.com/returns to print a return shipping label. Please have your order ID ready.

Thanks for buying on Amazon Marketplace. To provide feedback for the seller please visit www.amazon.com/feedback. To contact the seller, go to Your Orders in Your Account. Click the seller's name under the appropriate product. Then, in the "Further Information" section, click "Contact the Seller."

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

