EXHIBIT C

444 South Flower Street
Suite 3100
Los Angeles, California 90071

213.623.6546 – Telephone
213.623-6554 – Facsimile



**ADLI**
LAW GROUP

*Dr. Dariush G. Adli*
*President of ADLI Law Group*
*Direct: (213) 623-6547*
*adli@adlilaw.com*

November 20, 2019

<u>**Via FedEx**</u>

Shaleen M. Diep
Headquarters Beauty Supplies, Inc.
9142 East Valley Blvd
Rosemead CA 91770

Re:     ***Second Cease & Desist Demand*** *Regarding*
*Unauthorized Sale of Counterfeit Products*

Dear Ms. Diep:

This is a follow up to our October 28, 2019 cease and desist letter we sent on behalf of our client ACT898 ("First Demand Letter"). To date, we have not received a response to the First Demand Letter, which had a response deadline of November 4, 2019. Our client is very disturbed by your failure to timely respond to the First Demand Letter and intends to pursue prompt legal action if you choose to similarly ignore this "Second Demand Letter."

As We explained in the First Demand Letter, ACT898 is, and has been, a widely recognized supplier of beauty products, including cosmetic brushes and nail brushes, across the U.S. and around the world since 1997 and uses several distinctive trade names and marks to identify its services and products, specifically including, but not limited to, the "666", "777", "999", and the "Petal" marks (the "Marks").

ACT898 was the first entity to use the Marks in association with its nail and cosmetic products in the U.S., and around the world. As a result of ACT898's widespread use of the Marks, consumers have come to extensively know, and ACT898 has become identified in the public mind, as the provider of the cosmetic products identified by the Marks. ACT898's rights in the Marks include federally registered trademarks, with

Headquarters Beauty Supplies, Inc. – **Second Cease & Desist Letter**
October 24, 2019
Page 2



registration numbers 4,040,528, for the mark "666", 3,893,221, for the mark "777", 3,893,224, for the mark "999", and 3,890,110, for the mark "Petal" for cosmetic and nail brushes, as well as common law rights. The Marks have been continually used since their respective registration dates.

Per our First Demand Letter, your company, Headquarters Beauty Supplies, Inc. ("HBSI"), has been and continues to infringe ACT898's Marks by selling Infringing Products, including the Acrylic Nail Brush #14, identified by the 777 mark . Once again, Screenshots from www.amazon.com showing the Infringing Product for sale there are enclosed.

Your continued sale of Infringing Products constitute clear and flagrant violation of ACT898's registered as well as common law trademark rights. I re-emphasize that a finding of trademark infringement by a court can result in award of damages, potential attorney's fees and a permanent injunction. Moreover, your continued failure to comply with the First Demand Letter and continuing to distribute, market, offer to sell, and/or sell the Infringing Products after receiving the First Demand Letter, will be deemed to constitute willfulness, resulting in potentially enhanced damages up to three time the actual damages awarded.

As we stated in our First Demand Letter, our client prefers to resolve matters amicably and reasonably without resort to court action.  To that end, **one last time**, our client hereby demands the following from you:

1. cease and desist from any use of ACT898's Marks in connection with the sale and promotion of any of your products and/or services;

2. remove or disable all access to any and all Infringing Products displayed and offered for sale on online through your website or any third party websites, including but not limited to, Amazon®, and any other website or social media pages controlled by your company;

3. Identify to ACT898 the revenue you have received from sales of the Infringing Products;

4. Disclose the name of your manufacturer/supplier of the Infringing Products;

5. Disclose name of broker/others in connection with the Infringing Products and disclose inventory of Infringing Products in transit or at anyone in supply/distribution chain (i.e. going up or down the chain);

Headquarters Beauty Supplies, Inc. – **Second Cease & Desist Letter**
October 24, 2019
Page 3



6.  Provide ACT898 with two samples of each Infringing Product.

Without steps 1-6, ACT898's valuable intellectual property rights will continue to be irreparably damaged and its good will continue to be eroded. We therefore provide you with **a final 7-day response period** and require that you contact us no later than seven (7) days from the date of this letter to discuss your immediate assent to and compliance with the demands stated above. We look forward to your prompt response.

Should you again fail to timely and fully respond to this correspondence and comply with all the aforementioned bullet-points and the compensation demand above within the new deadline, we will assume that you will continue to violate ACT898's intellectual property rights, and thus will file a lawsuit for the infringement.

Please note that in the event a lawsuit is filed, ACT898 will demand compensation for attorneys' fees incurred as part of any settlement of the dispute.

The foregoing is not, and is not intended to be, a full and complete statement of all the facts and circumstances concerning its subject matter, nor your conduct with respect to the same. Nothing contained herein shall be deemed a waiver, modification or relinquishment of our client's rights and remedies at law or in equity with respect to the subject matter hereof, all of which are expressly reserved.

If you have any questions, feel free to contact our office.

Sincerely,

Dr. Dariush G. Adli, Esq.
President
ADLI Law Group, P.C.









**FIRST-CLASS PKG**
**U.S. POSTAGE PAID**
**ATFM**
**e-Postage**

## USPS FIRST-CLASS PKG ®

Q-ITEM
9142 E. VALLEY BLVD.
ROSEMEAD CA 91770

Mailed From 91770
WT: 10.00 oz

**SHIP TO:** A.C.T. 898 Products, Inc.
14309 PROCTOR AVE
LA PUENTE CA 91746-2910

USPS TRACKING # EP



9300 1201 1140 3957 3891 96

**Beauty Headquarters**
Acrylic Nail Brush #14



**Currently unavailable**
We don't know when or if this item will be back in

**ADD TO LIST**

   SHARE





