Dariush G. Adli, Esq. (SBN 204959)
   adli@adlilaw.com
Jacob I. Mojarro, Esq. (SBN 289339)
   jacob.mojarro@adlilaw.com
ADLI LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 1460
Los Angeles, California 90025
Telephone: (213) 623-6546
Facsimile: (213) 623-6554
Attorneys for Plaintiff A.C.T. 898 PRODUCTS, INC.

GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
James M. Baratta (SBN 54890)
Jason S. Roberts (SBN 221978)
Amanda C. Lewis (SBN 323141)
Email: jsr@ggb-law.com
Attorneys for Defendants HEADQUARTERS BEAUTY SUPPLIES, INC. and SHALEEN M. DIEP

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C.T. 898 PRODUCTS, INC., a California Corporation,<br><br>    *Plaintiff,*<br>  v.<br><br>HEADQUARTERS BEAUTY SUPPLIES, INC., a California corporation; SHALEEN M. DIEP, an individual; and DOES 1 through 10, inclusive,<br><br>    *Defendants* | Case No. 2:19-cv-10803-MWF-GJS<br><br>*Assigned to Honorable Michael W. Fitzgerald*<br><br>**JOINT STATUS REPORT**<br><br>**Status Conference:** TBD<br>**Time:** TBD<br>**Courtroom:** 5A<br>    350 West 1st Street |

JOINT RULE 26(F) STATUS REPORT

Plaintiff A.C.T. 898 PRODUCTS, INC. ("**Plaintiff**" or "**ACT 898**"), on the one hand, and Defendants HEADQUARTERS BEAUTY SUPPLIES, INC. ("**HBSI**") and SHALEEN M. DIEP ("**Diep**" and with HBSI "**Defendants**"), on the other (collectively, the "**Parties**"), pursuant to the Court's Notice and Scheduling Order dated March 31, 2021, hereby file this joint status report addressing the status on how the parties wish to proceed with trial.

### A. MEET AND CONFER

Counsel for Plaintiff and Defendants met and held a telephone conference on April 7, 2021. After confirming preferences, the Parties have reached mutual agreement on how to proceed with trial.

### B. NO WAIVER OF JURY TRIAL

The Parties both wish to preserve their right to a jury trial. Accordingly, neither of the Parties consent nor wish to proceed with a video court trial. The Parties wish to schedule the trial in this case at a time when jury trials resume in the District.

### C. REQUEST TO RE-SET TRIAL DATES

In accordance with the alternatives provided in the Court's March 31, 2021 Notice and Scheduling Order, the Parties request that the Court schedule a status conference to re-set the trial dates when jury trials resume in the District.

[signatures on proceeding page]

ADLI LAW GROUP, P.C.

Dated: April 13, 2021   By: /s/ Dariush G. Adli
Dariush G. Adli
Jacob I. Mojarro
*Attorneys for Plaintiff*
A.C.T. 898 PRODUCTS, INC.

GRANT, GENOVESE & BARATTA, LLP

Dated: April 13, 2021   By: /s/ Jason S. Roberts
James M. Baratta
Jason S. Roberts
Amanda C. Lewis
*Attorneys for Defendants*
HEADQUARTERS BEAUTY SUPPLIES, INC. and SHALEEN M. DIEP

**L.R. 5-4.3.4 Attestation**

Pursuant to L.R. 5-4.3.4, I attest on the signature page of the document that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Dariush G. Adli
Dariush G. Adli