UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 19-10803-MWF(GJSx)** | Date: July 17, 2023 |
| Title | **A.C.T. 898 Products, Inc. v. Headquarters Beauty Supplies, Inc., et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

The purpose of this Order to Show Cause is to determine whether Defendants have abandoned their defense of this action.

On March 27, 2023, the parties filed a Stipulation to continue the Final Pretrial Conference and Trial dates (the "Stipulation"). (Docket No. 49). On March 28, 2023, the Court granted the parties' Stipulation (the "Order"). (Docket No. 50). That Order set the Final Pretrial Conference and hearing on Motions in Limine on July 17, 2023 at 11:00 a.m., and the Jury Trial on August 8, 2023 at 8:30 a.m.

On June 26, 2023, Plaintiff filed a Status Report Regarding Settlement, its Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List. (Docket Nos. 51-54). No Motions in Limine were filed, and Defendants did not file any Rule 16 documents.

On July 6, 2023, Courtroom Deputy Clerk Rita Sanchez emailed all parties regarding the status of trial, including trial estimate. Specifically, Ms. Sanchez asked if the parties were prepared to proceed on August 8, 2023. Plaintiff's counsel responded, "Opposing counsel has informed us that they are not prepared to go to trial [on] the currently scheduled date. We are ready to proceed." Ms. Sanchez advised the parties to file a request for continuance as soon as possible if

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 19-10803-MWF(GJSx)**                                Date:  July 17, 2023

Title          **A.C.T. 898 Products, Inc. v. Headquarters Beauty Supplies, Inc., et al.**

Defendants were not prepared to proceed.  Defendants' counsel replied with a blank email.  Ms. Sanchez responded to Defendants' counsel and asked for clarification.  No further emails were received from counsel for Defendants or Plaintiffs.

On July 17, 2023, Plaintiff's counsel emailed Ms. Sanchez to ask if the Final Pretrial Conference was to be by Zoom or telephone.  Defendants' counsel was copied on that email.  Ms. Sanchez responded to all that the Final Pretrial Conference was to be held in person.  Defendants' counsel never responded to any of these emails and did not appear in person for the hearing.

In light of Defendants' lack of prosecution in this action, the Court **ORDERS** Defendants to show cause, in writing, why their Answer (Docket No. 11) should not be stricken and default entered, by no later than **JULY 24, 2023**.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.