JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C.T. 898 PRODUCTS, INC., | **Case No. CV 19-10803-MWF (GJSx)** |
| Plaintiff, | The Honorable Michael W. Fitzgerald, United States District Judge |
| v. | |
| HEADQUARTERS BEAUTY SUPPLIES, INC., and SHALEEN M. DIEP, | **JUDGMENT AFTER TRIAL** |
| Defendants. | |

The remaining legal matters, including damages, came on regularly for jury trial between September 2, 2025, and September 4, 2025, in Courtroom 5A of this United States District Court.  Plaintiff A.C.T. 898 Products, Inc., was represented by Dariush G. Adli, Esq., and Ani Martirosian, Esq., of Adli Law Group P.C.  Defendants Headquarters Beauty Supplies, Inc., and Shaleen M. Diep were represented by Anthony B Cartee, Esq., of Cartee LC.

A jury of eight persons was regularly empaneled and sworn.  Witnesses were sworn and testified, and exhibits were admitted into evidence.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury.  The eight jurors deliberated and returned a verdict in pertinent part as follows:

Did Plaintiff ACT 898 prove its claim for trademark infringement? (Instruction No. 13).

**Yes  X**          **No_____**

Did Plaintiff ACT 898 prove its claim for unfair competition? (Instruction No. 16).

**Yes_____**          **No  X**

Did Plaintiff ACT 898 prove that Defendants received actual or statutory notice of Plaintiff ACT 898's 777 Mark? (Instruction No. 17).

**Yes  X**          **No_____**

Did Plaintiff ACT 898 prove that Defendants' conduct was intentional or willful? (Instruction No. 20).

**Yes_____**          **No  X**

///
///
///
///

What amount of statutory damages do you award Plaintiff ACT 898 based on its trademark claims? (Instruction No. 18).

$ __1,241.91__

Did Plaintiff ACT 898 prove its claim for California trademark infringement? (Instruction No. 21).

Yes__X__                No_____

Did Plaintiff ACT 898 prove its claim for tortious interference with economic relationship? (Instruction No. 22).

Yes_____                No__X__

Did Plaintiff ACT 898 prove its claim for conversion? (Instruction No. 23).

Yes_____                No__X__

Did Plaintiff ACT 898 prove by clear and convincing evidence that it is entitled to punitive damages? (Instruction No. 24).

Yes_____                No__X__

What amount of punitive damages do you award Plaintiff ACT 898 based on its California claims? (Instruction No. 24).

$__0.00__

3.

By stipulation, the parties agreed to permanent injunctive relief.

Now, therefore, pursuant to Rules 54, 58, and 65 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Plaintiff A.C.T. 898 Products, Inc., and against Defendants Headquarters Beauty Supplies, Inc., and Shaleen M. Diep in the amount of $1,241.91.

2. Consistent with the jury's verdict, Defendants Headquarters Beauty Supplies, Inc., Shaleen M. Diep, and those acting in concert with them who have notice are permanently enjoined from the purchase, making, selling, advertising and offering for sale nail brushes with the "777" Mark that are not directly purchased from Plaintiff and do not originate from Plaintiff.

3. Plaintiff A.C.T. 898 Products, Inc., shall recover its costs as provided by law.

Dated:  September 18, 2025

MICHAEL W. FITZGERALD
United States District Judge